**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Benefit Management, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Benefit Management Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **48-1168746** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**2015 16th Street**
**Great Bend, KS 67530**
Number, Street, City, State & ZIP Code

**Barton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://valuehealth.com/ba/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5511___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

**Benefit Management, LLC**        Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August  7, 2024**
                 MM / DD / YYYY

**X** **/s/ Daniel R. Tasset** _____            **Daniel R. Tasset** _____
Signature of authorized representative of debtor            Printed name

Title    **Authorized Agent** _____

**18. Signature of attorney**

**X** **/s/ Andrew J. Nazar** _____            Date **August  7, 2024** _____
Signature of attorney for debtor                           MM / DD / YYYY

**Andrew J. Nazar 22381** _____
Printed name

**Polsinelli PC** _____
Firm name

**900 West 48th Place**
**Suite 900**
**Kansas City, MO 64112** _____
Number, Street, City, State & ZIP Code

Contact phone    **816-753-1000** _____    Email address    **anazar@polsinelli.com** _____

**22381 KS** _____
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re **Benefit Management, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____**25,000.00**

   Prior to the filing of this statement I have received _____   $ _____**25,000.00**

   Balance Due _____   $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs     which may be required;
   c. Representation of the debtor at the meeting of creditors             and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor in any adversaries or representations of any directors or officers of the Debtor or any non-debtor affiliates.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  7, 2024** _____
*Date*

**/s/ Andrew J. Nazar** _____
**Andrew J. Nazar 22381**
*Signature of Attorney*
**Polsinelli PC**
**900 West 48th Place**
**Suite 900**
**Kansas City, MO 64112**
**816-753-1000  Fax: 816-753-1536**
**anazar@polsinelli.com**
*Name of law firm*

---

A#1 AIR
601 E CORPORATE DR
LEWISVILLE, TX 75057


Advanced Containment Systems Inc.
8720 Lambright Rd
Houston, TX 77075


Advanced Therapy & Sports Medicine
4801 10th Street
Great Bend, KS 67530


Ag Valley Cooperative N/S
PO BOX 68
EDISON, NE 68949


Alaska Comprehensive Health Insurance Association (ACHIA)
624 N Hirsch Ave
Ellinwood, KS 67526


Alaska Department of Insurance
550 W. 7th Ave., Ste 1560
Anchorage, AK 99501


Alaska Reinsurance Program (ARP)
624 N Hirsch Ave
Ellinwood, KS 67526


American Express
PO BOX 650448
DALLAS, TX 75265-0448


American Express-ValueHealth
PO BOX 650448
DALLAS, TX 75265-0448


American Riggers Supply Inc
1010 Kansas Ave
Kansas City, KS 66105

AMR PEMCO
1960 VALLEY DALE ST.
BLUEFIELD, VA 24605


Aon Risk Services Central, Inc
PO Box 955816
St. Louis, MO 63195-5816


Applied Connective Technologies LLC
2585 NE-14
ALBION, NE 68620


Arizona Department of Insurance
100 North 15th Avenue, Suite 261
Phoenix, AZ 85007


Ares Sportswear, Ltd.
3704 Lacon Road
Hilliard, OH 43026


Atlas Aerospace LLC
4425 W May St
Wichita, KS 67209


Barton Community College (BCC)
245 NE 30 Rd
Great Bend, KS 67530


Base 2 Technologies
5020 Sunnyside Ave, Suite 108
Beltsville, MD 20705


Battle Creek Farmers Coop N/S
83755 Nebraska Hwy 121
Battle Creek, NE 68715


Beloit Medical Center, P.A.
1005 N. Lincoln
Beloit, KS 67420

BML Holdco, LLC
11350 Tomahawk Creek Pkwy #200
Leawood, KS 66211


Bronzeville/JD, LLC and Bronzeville/ SD, LLC
146 N Rios Ave
Solana Beach, CA 92075


Brown & Brown of Massachusetts, LLC
P O Box 843388
Dallas, TX 75284-3388


Brown & Fortunato
905 S Filmore Suite 400
Amarillo, TX 79101


Bucklin Tractor & Implement
18 NW 30th St.
Pratt, KS 67124


C&C Sales
10012 DARNELL ST
LENEXA, KS 66215


California Department of Insurance
300 South Spring St, 14th Floor
Los Angeles, CA 90013


Central Jackson County Fire Protection District
805 NE Jefferson St
Blue Springs, MO 64014


Central Nebraska Wood Preservers
105 N OWEN
SUTTON, NE 68979


CHISM'S TRASH SERVICE
1955 NW 10 AVE
SEWARD, KS 67576

CHRIS STUHLSATZ
2020 Jefferson Street
Great Bend, KS 67530

City of Great Bend
1209 Williams
Great Bend, KS 67530

City of Haysville
PO Box 404
Haysville, KS 67060

City of Imperial Government
740 Court St
Imperial, NE 69033

City of Imperial, Imperial Manor
933 Grant St.
Imperial, NE 69033

City Of Kingman
324 N Main
Kingman, KS 67068

City of Larned
417 Broadway
Larned, KS 67550

City of Pasco
525 NORTH 3RD AVE
PASCO, WA 99301

City Of Pasco
PO Box 293
Pasco, WA 99301

Clay County Med Center
PO BOX 512
617 LIBERTY ST
CLAY CENTER, KS 67432

Coffey County
110 S 6th Street
Burlington, KS 66839


COMFORT PRO INC
503 WILLIAMS, PO BOX 109
GREAT BEND, KS 67530


Connecticut Department of Insurance
PO Box 816
Hartford, CT 06142


Corrosion DC Inc/Francis Casing
PO Box 1353
Great Bend, KS 67530


COVENANT CONSULTING, LLC
5251 W 116TH PLACE
STE 200
LEAWOOD, KS 66211


COX BUSINESS
PO BOX 650957
DALLAS, TX 75265


Creek County
10425 S 82nd Ave Ste 1100
Tulsa, OK 74133


Cubby's Inc
9229 Mormon Bridge Plaza Suite 6
Omaha, NE 68152


CULLIGAN WATER
PO BOX 2406
KEARNEY, NE 68848-2406


Custom Steel Processing Inc
PO Box 39
Madison, IL 62060

Davenport Group, Inc
PO Box 785
Frankewing, TN 38459


Delaware Department of Insurance
1351 West North Street, Suite 101
Dover, DE 19904


Demandzen
60 OLD CLYDE RD UNIT 1328
LAKE JUNALUSKA, NC 28745


doc2e-file, Inc.
4500 S. Wayside, STE 102
Houston, TX 77087


DSTech Solutions, LLC
126 ASTER LN
LAKE JACKSON, TX 77566


Easley Transportation
4300 AIRTRANS RD
MEMPHIS, TN 38118


EBIX INC
PO BOX 654038
DALLAS, TX 75265-4038


Ellsworth County Medical Center
PO BOX 87
1604 AYLWARD AVE
ELLSWORTH, KS 67439


Epp Concrete Construction, Inc.
3128 S 6TH ST
LINCOLN, NE 68502


Executive Travel
1212 OSTREET

LINCOLN, NE 68508


Fabri-Quilt Inc
901 East 14th Ave
North Kansas City, MO 64116


Ferrology, Inc
515 EAST 29TH STREET NORTH
WICHITA, KS 67219


FIRST CHOICE HEALTH NETWORK
MA: 310170
PO BOX 94041
SEATTLE, WA 98124


FIRST CONSULTING & ADMINISTRATION
903 E. 104TH ST, SUITE 130
KANSAS CITY, MO 64131


Florida Department of Insurance
200 East Gains St.
Tallahassee, FL 32399


Forney Construction
8945 LONG POINT RD
HOUSTON, TX 77055


Forty Five Enterprises dba Leadfoot Express
1711 S Hoover Rd
Wichita, KS 67209


FORVIS, LLP
1201 WALNUT STREET
SUITE 1700
KANSAS CITY, MO 64106-2246


FOULSTON SIEFKIN LLP
1551 N WATERFRONT PKWY
STE 100
WICHITA, KS 672064466

Frontier Home Medical
304 W 8th St
Cozad, NE 69130


FSR Services
7018 BENDER RD
HUMBLE, TX 77396


Full Circle Service Inc. dba Innate Concepts
1201 ALLEN DR
GRAND ISLAND, NE 68803


GENERAL FINANCE, INC.
1716 Quail Road
PO Box 369
Concordia, KS 66901


Global Animal Products
3701 AIRWAY BLVD
AMARILLO, TX 79118


Golden Plains Credit Union
1714 East Kansas Ave
Garden City, KS 67846


Greeley County Health
PO BOX 338
TRIBUNE, KS 67879


Greenwood County Hospital
100 W 16th Street
Eureka, KS 67045


H & B Communications Inc
PO Box 108
Holyrood, KS 67450


HASTINGS MANAGEMENT COMPANY
1001 W1ST ST
HASTINGS, NE 68901

Healing Kidney Institute
200 S RIVERSHIRE DR
CONROE, TX 77304


HEALTHCARE RE, LLC
5000 COLLEGE BLVD, SUITE 400
ATTN: ACCOUNTING
OVERLAND PARK, KS 66211


Heartland Heating & Cooling
3155 SEMIEHE DRIVE UNIT 1
GRIMES, IA 50111


Hoyt's Trucking
4425 NW US HIGHWAY 24
TOPEKA, KS 66618


Hulsing Hotel
4100 HOMESTEAD COURT
PRAIRIE VILLAGE, KS 66208


Illinois Department of Insurance
122 S. Michigan Ave, 19th Floor
Chicago, IL 62767


INCORP SERVICES, INC.
3773 HOWARD HUGHES PKWY
SUITE 500S
LAS VEGAS, NV 89169-6014


Institue Servants Of The Lord
28 15th St SE
Washington, D.C. 20003


Internal Revenue Service
Post Office Box 7346,
Philadelphia, PA 19101-7346


Iowa Comprehensive Health Insurance Association (HIPIOWA)

624 N Hirsch Ave
Ellinwood, KS 67526


Iowa Department of Insurance
1963 Bell Ave, Suite 100
Des Moines, IA 50315


J.F. Sobieski Mechanical Contractors Inc
1325 Old Cooch's Bridge Road
Newark, DE 19713


Janssen & Sons Inc
PO Box 766
Holdrege, NE 68949


KanEquip
408 LINCOLN AVE
WAMEGO, KS 66547


Kansas Department of Insurance
1300 SW Arrowhead Road
Topeka, KS 66604


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66601-2005


Kansas Medical Center LLC
1124 W 21st Street
Andover, KS 67002


Kearny County Hospital
500 Thorpe St
Lakin, KS 67860


Kingman Drugs
211 N MAIN
KINGMAN, KS 67068

Landmark Snacks
700 PARKS STREET
BEATRICE, NE 68310


LANGUAGE LINE SERVICES INC
PO BOX 202564
DALLAS, TX 753202564


Legacy Cooperative/Farmers Cooperative Elevator Company
317 OSBORN
HEMINGFORD, NE 69348


LEIF ASSOCIATES INC
3401 Quebec Street, Suite 5015
DENVER, CO 80207


Levanders, LLC
3620 WOLD POTASH HWY
GRAND ISLAND, NE 68803


Long McArthur Inc
PO Box 945
Salina, KS 67402


Lovam Management
5404 Ashbrook Dr
Houston, TX 77081


Luminous Neon Inc
1 COMPOUND DRIVE
HUTCHINSON, KS 67502


Maldonado Brothers Corporation
11402 N Freeway STE 105
Houston, TX 77060


MARCUM LLP
PO Box 95000-2288
Philadelphia, PA 19195-0001

Marmie Motors Inc
1724 10th Street
Great Bend, KS 67530


Massachusetts Department of Insurance
1000 Washington Street, Suite 810
Boston, MA 02118


Meade County Employees
PO Box 278
Meade, KS 67864


MEDWATCH LLC
PO BOX 21796
TAMPA, FL 33630


Mennonite Friendship Communities Inc
600 West Blanchard
South Hutchinson, KS 67505


Mid-Continent Anesthesiology, Chartered
6446 E Central Ave #323
Wichita, KS 67206


Mid-Continent Companies
1218 WEBSTER ST
HOUSTON, TX 77002


MIDLANDS CHOICE
13815 FNB PARKWAY, SUITE 250
OMAHA, NE 68154


Midwest Renewable
27532 W HWY 30
SUTHERLAND, NE 69165


Minnesota Department of Insurance
85 7th Place, Suite 280
Saint Paul, MN 55101

Missouri Department of Insurance
301 W. High St., Room 530
Jefferson City, MO 65101


Mitchell Implement, LLC dba Mitchell Equipment, LCC
311 S HWY 11
ATKINSON, NE 68713


Modern Farm Equipment
302 East Hwy 20
Gordon, NE 69343


Morris County Hospital
600 NORTH WASHINGTON
COUNCIL GROVE, KS 66846


Mr. White Restaurant, LLC dba Brasserie 19
1962 W GRAY ST
HOUSTON, TX 77019


MS Rio Grande LLC
4817 W EXPRESSWAY 83
MCALLEN, TX 78503


Mull Land & Cattle, Inc.
23495 49th Ave
Haviland, KS 67509


MZQ CONSULTING LLC
1829 Reisterstown Rd, Suite 100
PIKESVILLE, MD 21208


Nebraska Department of Insurance
PO Box 95087
Lincoln, NE 68509


Nevada Department of Insurance
1818 E. College Pkwy, Suite 103
Carson City, NV 89706

NEW ANSWERNET INC
6501 BOEING DR, STE H-1
EL PASO, TX 79925


New Hampshire Department of Insurance
21 South Fruit Street, Suite 14
Concord, NH 03301


New Mexico Department of Insurance
6200 Uptown Blvd NE, Suite 400
Albuquerque, NM 87110


NEX-TECH (MAIN BILL)
PO BOX 98
ATTN: DEPT 262
LENORA, KS 67645-0098


NEX-TECH COMMUNICATIONS LLC
PO Box 609
Cedar Rapids, IA 52406


NEX-TECH COMMUNICATIONS LLC
PO BOX 660831
DALLAS, TX 75266-0831


Nex-Tech Communications LLC
PO Box 158
Lenora, KS 67645


Nex-Tech Wireless, LLC
3001 New Way
Hays, KS 67601


NMMIP 90 DEGREES
1223 St Francis Drive, Ste B
Santa Fe, NM 87505


Nobi Concepts, Inc.
1542 PALM GRASS CT
HOUSTON, TX 77059

Nueterra Capital, LLC
11350 Tomahawk Creek Parkway
#200
Leawood, KS 66211


Nyla Enterprises dba Spine Specialist Decompression Center
12440 EMILY COURT
SUGAR LAND, TX 77478


Office of United States Attorney
Robert J Dole US Courthouse
Suite 360 500 State Avenue
Kansas City, KS 66101-2433


Office of United States Attorney
US Courthouse Suite 290
444 Southeast Quincy Street
Topeka, KS 66683-3592


Office of United States Attorney
1200 Epic Center
301 N Main
Wichita, KS 67202-4812


OFFICE PRODUCTS INC
1204 MAIN ST
GREAT BEND, KS 67530


Oklahoma Department of Insurance
400 NE 50th St.
Oklahoma City, OK 73105


Ozark Anesthesia Associates Inc (OAA)
1000 E Primrose, Suite 520
Springfield, MO 65807


Paniolo Construction
2931 Ridge Rd Ste 101  #57
Rockwall, TX 75032

Pavlich Inc
250 South 5th Street
Kansas City, KS 66101


Payne County
10425 S 82nd Ave Ste 110
Tulsa, OK 74133


Pennyslvania Department of Insurance
1326 Strawberry Square
Harrisburg, PA 17120


PHCS Multiplan
PO Box 29380, General Post Office
New York, NY 10087-9380


Phillips County (Government)
301 State St Ste A
Phillipsburg, KS 67661


PKM Steel
PO Box 947
Salina, KS 67402


PRAIRIE FIRE COFFEE ROASTERS
10821 E 26TH ST NORTH
WICHITA, KS 67226


Pratt Regional Medical Center
200 Commodore
Pratt, KS 67124


Pre-Fore, Inc.
410 BLACKLICK EASTERN RD N
MILLERSPORTS, OH 43046


Principal Financial Group
711 High Street
Des Moines, IA 50392

QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM, IL 60197-6813


QUADIENT LEASING USA, INC.
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682


Ramsey Industries
4707 N MINGO RD
TULSA, OK 74117


RCG Mercy Des Moines, LLC et al
c/o Joshua Weiner
1650 Farnam Street
Omaha, NE 68102-2186


RED-CARD
744 OFFICE PARKWAY
ST LOUIS, MO 63141


Revolve Management
4200 GARDNER AVE
KANSAS CITY, KS 64120


Ri-Core, Inc.
13 Rizzo Ave
New Castle, DE 19720


Rimpull Corporation
15600 US 169 Hwy South
Olathe, KS 66062


RINGMASTER TECHNOLOGIES INC
5200 TOWN CENTER CIRCLE
SUITE 540
BOCA RATON, FL 33486


Robco Facility Services
428 Texas Ave

Texas City, Texas 77592


RUBE'S INC.
PO BOX 476
GREAT BEND, KS 67530


Sanders Warren & Russell LLP
11225 College Blvd, Suite 450
Overland Park, KS 66210


Schatz Underground
829 Park Lamar Dr
Villa Ridge, MO 63089


SCHRIDDE LAWN MOWING SERVICE
39 NW 50 RD
GREAT BEND, KS 67530


Shenandoah Medical Center
300 PERSHING AVE
SHENANDOAH, IA 51601


Sky High Party Rentals LLC
3517 Pinemouth Dr.
Houston, TX 77018


SMARTDATA SOLUTIONS
960 Blue Gentian Road
Eagan, MN 55121


South Carolina Department of Insurance
1201 Main St, Ste 1000
Columbia, SC 29201


Southeast Kansas Independent Living
PO Box 957
Parsons, KS 67357


Stafford County Employees
209 N BROADWAY

PO BOX 296
ST. JOHN, KS 67576


Stanion Wholesale
PO Drawer F
Pratt, KS 67124


Stueder Contractors
3410 10th Street
Great Bend, KS 67530


Superior Implement Inc. dba GHS Implement
1220 E 3RD SST
SUPERIOR, NE 68978


Telkin Sheet Metal
7313 Domino Lane
Houston, TX 77076


Texas Department of Insurance
PO Box 12030
Austin, TX 78711


Texas Pride Disposal Solutions, Inc.
7705 Hall Rd
Houston, TX 77075


The Clara Barton Hospital Association Inc
250 W 9th St
Hoisington, KS 67544


The G and K Project LLC dba Invictus Security and Investigations
3421 W DAVIS ST
CONROE, TX 77304


The Peoples Bank
222 S MAIN
PRATT, KS 67124


The People's City Mission Home

111 QSTREET
LINCOLN, NE 68508


THE PHIA GROUP LLC
PO BOX 499
CANTON, MA 02021


Training & Evaluation Center of Hutchinson (TECH)
PO Box 399
Hutchinson, KS 67504


Trinity Ag LLC
616 E Hwy 36
Smith Center, KS 66967


TXSDI31, LLC dba Sonic Drive In
12826 Murphy Rd
Stafford, TX 77477


UNDERGROUND VAULTS & STORAGE
PO BOX 1723
HUTCHINSON, KS 67504-1723


Unified School District #428
201 Patton Rd
Great Bend, KS 67530


United Water Restoration Group of the Woodlands
33011 TAMINA RD
MAGNOLIA, TX 77354


Unity Eye Centers
3610 W NORFOLK AVE
NORFOLK, NE 68701


UPS
PO BOX 650116
DALLAS, TX 75265-0116


Utah Department of Insurance

4315 S. 2700 W., Suite 2300
Taylorsville, UT 84129


Validity Screening Solutions
PO Box 25406
Overland Park, KS 66225-5406


VALUEHEALTH LLC
11221 ROE AVE
Ste 300
LEAWOOD, KS 66211


VISION CARE DIRECT
405 S HOLLAND
SUITE A
WICHITA, KS 67209


Wachter Inc
16001 W 99th Street
Lenexa, KS 66219


Washington State Health Insurance Pool (WSHIP)
1777 S Burlington Blvd #449
Burlington, WA 98233


Wayne's Body Shop
4721 COOPER AVE
LINCOLN, NE 68506


Waystar Inc
1311 Solutions Center
Chicago, IL 60677-1311


Weigand-Omega Management Inc
333 S BROADWAY
WICHITA, KS 67202


WEILAND, INC.
806 W SOUTH AIRORT RD
NORFOLK, NE 68701

Joshua S Weiner
1650 Farnam Street
Omaha, NE 68102-2186


Wesley Towers, Inc
700 MONTEREY PLACE
HUTCHINSON, KS 67502


Western Supply Co Inc
PO Box 1686
Hutchinson, KS 67501


WEXHEALTH
82 HOPMEADOW ST, STE 220
SIMSBURY, CT 06089


WHITE TORNADO CLEANING SERVICES
PO BOX 2095
GREAT BEND, KS 67530


Williams Group Holding
5701 TIME SQUARE BLVD
STE 200
AMARILLO, TX 79119


York Medical Clinic, P.C.
2114 N LINCOLN AVE
YORK, NE 68467


ZAKIPOINT HEALTH INC
14TH FLOOR ONE BROADWAY
CAMBRIDGE, MA 02142


ZELIS CLAIMS INTEGRITY, LLC
PO BOX 412162
BOSTON, MA 02241-2162


ZELIS HEALTHCARE
PO BOX 412162
BOSTON, MA 02241-2162

Zelis/GlobalCare, Inc
PO Box 743856
Atlanta, GA 30374-3856


Zodega Landscaping LLC
3526 Lang Road Suite 5
Houston, Texas 77024


ZYWAVE, INC.
10100 INNOVATION DRIVE
SUITE 300
MILWAUKEE, WI 53226

# United States Bankruptcy Court
## District of Kansas

In re   __Benefit Management, LLC__                              Case No. _____

                                      Debtor(s)                              Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 7, 2024__                    __/s/ Daniel R. Tasset__

                                                 **Daniel R. Tasset**/Authorized Agent
                                                 Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re __Benefit Management, LLC__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Benefit Management, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**VHFCB, LLC**
**5000 College Boulevard**
**Suite 400**
**Overland Park, KS 66211**

☐ None [*Check if applicable*]

**August  7, 2024**

Date

**/s/ Andrew J. Nazar**

**Andrew J. Nazar 22381**

Signature of Attorney or Litigant

Counsel for __Benefit Management, LLC__

**Polsinelli PC**

**900 West 48th Place**
**Suite 900**
**Kansas City, MO 64112**
**816-753-1000 Fax:816-753-1536**
**anazar@polsinelli.com**

## CONSENT AND RESOLUTIONS OF
## THE SOLE MEMBER OF
## BENEFIT MANAGEMENT, LLC

The undersigned takes, consents to, ratifies, adopts, and confirms, as of the date hereof, the actions set forth below as being the actions of Benefit Management, LLC ("**Company**") authorized by its sole member, VHFCB, LLC.

WHEREAS, the sole member of the Company desire to take the actions set forth below.

WHEREAS, the sole member of the Company has decided it is in the best of the Company due to the continuing losses suffered by the Company, the continuing need for additional cash infusions to cover those losses and the lack of value of the assets of the Company to file chapter 7 bankruptcy and cease operations.

## <u>RESOLUTIONS</u>

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of sole member of the Company, it is desirable and in the best interests of the Company and all their stakeholders (including creditors, employees, and other interested parties) for the Company to file Chapter 7 providing for liquidation of the Company's obligations and assets, and Daniel R. Tasset, on behalf of the Company, is hereby authorized and directed on behalf of, and in the name of the Company, to take all actions necessary and consistent with the foregoing; and it is further;

**RESOLVED**, that Daniel R. Tasset, in coordination with the professionals hired by the Company to provide restructuring advice, is authorized to carry out all actions consistent with the foregoing, including filing Chapter 7 bankruptcy, and including verifying the petition and related documents to be filed in connection with the proceeding; and it is further;

**RESOLVED**, that Daniel R. Tasset, on behalf of the Company, is hereby authorized and empowered on behalf of, and in the name of the Company, to retain and employ additional professionals, including other attorneys, accountants, valuation professionals, and other professionals to assist in the efforts of the liquidation efforts of the Company, on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED**, that Daniel R. Tasset, on behalf of the Company, is hereby authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents including without limitation, the filing and signing of all petitions, schedules, lists, statements, applications, pleadings, and other papers and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

96886451.1

**RESOLVED**, that any and all actions heretofore taken on behalf of the Company, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in connection with any transactions or objectives approved in the foregoing resolution, and all transactions related thereto, are hereby approved, ratified, confirmed and adopted in all respects, and any and all actions hereafter to be taken by the CEO, President, Vice President or Officers, on behalf of the Company, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

The undersigned have executed this Written Consent, which will be filed as part of the minutes of the Company effective as of the 7th day of August, 2024 (the "**Effective Date**").

*[signature page follows]*

**COMPANY:**

**BENEFIT MANAGEMENT, LLC**

By: _____

Daniel R. Tasset, as Authorized Agent
for VHFCB, LLC, sole member of the
Company

# UNANIMOUS CONSENT AND RESOLUTIONS OF
## THE MAJORITY MEMBERS
### AND
## BOARD OF MANAGERS OF
## VHFCB, LLC

The undersigned takes, consents to, ratifies, adopts, and confirms, as of the date hereof, the actions set forth below as being the actions of all the Members and the Board of Managers of VHFCB, LLC formerly known as ValueHealth, LLC, a Nevada LLC ("**Company**").

WHEREAS, the Member holding a majority membership interest in Company is ValueHealth Metaholdings, LLC, a Kansas limited liability company and Health Care Development Co., a Delaware corporation (collectively, "**Majority Member**"); and

WHEREAS, the members of the Board of Managers and the Majority Member of the Company desire to take the actions set forth below.

WHEREAS, the Board of Managers and the Majority Member have decided it is in the best interest of its wholly owned subsidiary company Benefit Management, LLC a Kansas LLC (the "**Affiliate**") due to the continuing losses suffered by the Affiliate, the continuing need for additional cash infusions to cover those losses and the lack of value of the assets of its Affiliate, to file chapter 7 bankruptcy and cease operations of the Affiliate.

## RESOLUTIONS

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Managers and the Majority Member, it is desirable and in the best interests of the Affiliate and all its stakeholders (including creditors, employees, and other interested parties) for its Affiliate to file Chapter 7 providing for liquidation of the Affiliate's obligations and assets, and Daniel R. Tasset, on behalf of the Board of Managers and the Majority Member, is hereby authorized and directed on behalf of, and in the name of the Affiliate, to take all actions necessary and consistent with the foregoing; and it is further;

**RESOLVED**, that Daniel R. Tasset, in coordination with the professionals hired by the Affiliate to provide restructuring advice, is authorized to carry out all actions consistent with the foregoing, including filing Chapter 7 bankruptcy, and including verifying the petition and related documents to be filed in connection with the proceeding; and it is further;

**RESOLVED**, that Daniel R. Tasset, on behalf of the Board of Managers and Majority Member, is hereby authorized and empowered on behalf of, and in the name of the Affiliate, to retain and employ additional professionals, including other attorneys, accountants, valuation professionals, and other professionals to assist in the efforts of the liquidation efforts of the Affiliate, on such terms as are deemed necessary, proper or desirable; and it is further

96904273.1

**RESOLVED**, that Daniel R. Tasset, on behalf of the Affiliate, is hereby authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents including without limitation, the filing and signing of all petitions, schedules, lists, statements, applications, pleadings, and other papers and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that any and all actions heretofore taken on behalf of the Affiliate, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in connection with any transactions or objectives approved in the foregoing resolution, and all transactions related thereto, are hereby approved, ratified, confirmed and adopted in all respects, and any and all actions hereafter to be taken by the CEO, President, Vice President or Officers, on behalf of the Affiliate, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

The undersigned have executed this Unanimous Written Consent, which will be filed as part of the minutes of the Company effective as of the 7th day of August, 2024 (the "**Effective Date**").

*[signature page follows]*

96904273.1

**BOARD OF MANAGERS:**

_____
Daniel R. Tasset, as Chairperson

_____
Denise Mayhew

_____
Travis Tasset

**MAJORITY MEMBER:**

**VALUEHEALTH METAHOLDINGS, LLC and HEALTH CARE DEVELOPMENT CO.**

By _____
Daniel R. Tasset, as Authorized Agent

96904273.1