| Information to identify the case: | | |
|---|---|---|
| Debtor | Benefit Management, LLC<br>Name | EIN: 48–1168746 |
| United States Bankruptcy Court | District of Kansas | Date case filed for chapter: 7  8/7/24 |
| Case number / Presiding Judge: | 24–21015 / Robert D. Berger | Date Notice Issued: 8/8/24 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

05/24

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Benefit Management, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | fdba Benefit Management Inc. | |
| 3. | **Address** | 2015 16th Street<br>Great Bend, KS 67530 | |
| 4. | **Debtor's attorney**<br>Name and address | Andrew J Nazar<br>Polsinelli PC<br>900 West 48th Place<br>Suite 900<br>Kansas City, MO 64112 | Contact phone (816) 753–1000 |
| 5. | **Bankruptcy trustee**<br>Name and address | Patricia E Hamilton<br>Stevens and Brand, LLP<br>4848 SW 21st St, Ste 201<br>Topeka, KS 66604<br><br>The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court. | Contact phone 785–408–8000 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 4, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For important document **requirements** and additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 485 924 4371, and Passcode 1109182329, OR call 1–785–235–4389** |
| 7. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1
For more information, see page 2 >

| | | | |
|---|---|---|---|
| 8. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours    9:00 AM – 4:00 PM Monday – Friday  Contact phone    (913) 735–2110 |
| 9. | **Deadlines** | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meetings of creditors unless otherwise ordered. |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by §554 without further service on creditors or interested parties.If a creditor or party in interest timely objects to the abandonment of any property [deadline set on page 1 of this Notice], the Court will schedule a hearing regarding the property that is the subject of the objection. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court
District of Kansas

In re:  Case No. 24-21015-RDB
Benefit Management, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2     User: admin     Page 1 of 6
Date Rcvd: Aug 08, 2024     Form ID: 309C     Total Noticed: 220

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benefit Management, LLC, 2015 16th Street, Great Bend, KS 67530-4030 |
| 10027005 | + | A#1 AIR, 601 E CORPORATE DR, LEWISVILLE, TX 75057-6403 |
| 10027015 | + | AMR PEMCO, 1960 VALLEY DALE ST., BLUEFIELD, VA 24605-9454 |
| 10027006 | + | Advanced Containment Systems Inc., 8720 Lambright Rd, Houston, TX 77075-3123 |
| 10027007 | + | Advanced Therapy & Sports Medicine, 4801 10th Street, Great Bend, KS 67530-3252 |
| 10027008 | + | Ag Valley Cooperative N/S, PO BOX 68, EDISON, NE 68936-0068 |
| 10027009 | + | Alaska Comprehensive Health Insurance Association, 624 N Hirsch Ave, Ellinwood, KS 67526-1433 |
| 10027010 | + | Alaska Department of Insurance, 550 W. 7th Ave., Ste 1560, Anchorage, AK 99501-3567 |
| 10027011 | + | Alaska Reinsurance Program (ARP), 624 N Hirsch Ave, Ellinwood, KS 67526-1433 |
| 10027014 | + | American Riggers Supply Inc, 1010 Kansas Ave, Kansas City, KS 66105-1285 |
| 10027016 | | Aon Risk Services Central, Inc, PO Box 955816, St. Louis, MO 63195-5816 |
| 10027017 | | Applied Connective Technologies LLC, 2585 NE-14, ALBION, NE 68620 |
| 10027019 | + | Ares Sportswear, Ltd., 3704 Lacon Road, Hilliard, OH 43026-1207 |
| 10027018 | + | Arizona Department of Insurance, 100 North 15th Avenue, Suite 261, Phoenix, AZ 85007-2630 |
| 10027020 | + | Atlas Aerospace LLC, 4425 W May St, Wichita, KS 67209-2872 |
| 10027025 | + | BML Holdco, LLC, 11350 Tomahawk Creek Pkwy #200, Leawood, KS 66211-2727 |
| 10027021 | + | Barton Community College (BCC), 245 NE 30 Rd, Great Bend, KS 67530-9107 |
| 10027023 | + | Battle Creek Farmers Coop N/S, 83755 Nebraska Hwy 121, Battle Creek, NE 68715-5004 |
| 10027024 | + | Beloit Medical Center, P.A., 1005 N. Lincoln, Beloit, KS 67420-1215 |
| 10027026 | + | Bronzeville/JD, LLC and Bronzeville/ SD, LLC, 146 N Rios Ave, Solana Beach, CA 92075-1280 |
| 10027027 | | Brown & Brown of Massachusetts, LLC, P O Box 843388, Dallas, TX 75284-3388 |
| 10027029 | + | Bucklin Tractor & Implement, 18 NW 30th St., Pratt, KS 67124-7909 |
| 10027030 | + | C&C Sales, 10012 DARNELL ST, LENEXA, KS 66215-1195 |
| 10027034 | + | CHISM'S TRASH SERVICE, 1955 NW 10 AVE, SEWARD, KS 67576-8657 |
| 10027035 | + | CHRIS STUHLSATZ, 2020 Jefferson Street, Great Bend, KS 67530-2358 |
| 10027046 | + | COMFORT PRO INC, 503 WILLIAMS, PO BOX 109, GREAT BEND, KS 67530-0109 |
| 10027049 | + | COVENANT CONSULTING, LLC, 5251 W 116TH PLACE, STE 200, LEAWOOD, KS 66211-2011 |
| 10027050 | + | COX BUSINESS, PO BOX 650957, DALLAS, TX 75265-0957 |
| 10027053 | | CULLIGAN WATER, PO BOX 2406, KEARNEY, NE 68848-2406 |
| 10027031 | + | California Department of Insurance, 300 South Spring St, 14th Floor, Los Angeles, CA 90013-1371 |
| 10027033 | + | Central Nebraska Wood Preservers, 105 N OWEN, SUTTON, NE 68979-2057 |
| 10027040 | + | City Of Kingman, 324 N Main, Kingman, KS 67068-1303 |
| 10027043 | + | City Of Pasco, PO Box 293, Pasco, WA 99301-0293 |
| 10027036 | + | City of Great Bend, 1209 Williams, Great Bend, KS 67530-4446 |
| 10027037 | + | City of Haysville, PO Box 404, Haysville, KS 67060-0404 |
| 10027038 | + | City of Imperial Government, 740 Court St, Imperial, NE 69033-3195 |
| 10027039 | + | City of Imperial, Imperial Manor, 933 Grant St., Imperial, NE 69033-3140 |
| 10027041 | + | City of Larned, 417 Broadway, Larned, KS 67550-3525 |
| 10027042 | + | City of Pasco, 525 NORTH 3RD AVE, PASCO, WA 99301-5320 |

| | | |
|---|---|---|
| 10027044 | + | Clay County Med Center, PO BOX 512, 617 LIBERTY ST, CLAY CENTER, KS 67432-1564 |
| 10027047 | + | Connecticut Department of Insurance, PO Box 816, Hartford, CT 06142-0816 |
| 10027048 | + | Corrosion DC Inc/Francis Casing, PO Box 1353, Great Bend, KS 67530-1353 |
| 10027051 | | Creek County, 10425 S 82nd Ave Ste 1100, Tulsa, OK 74133 |
| 10027052 | + | Cubby's Inc, 9229 Mormon Bridge Plaza Suite 6, Omaha, NE 68152-1942 |
| 10027054 | + | Custom Steel Processing Inc, PO Box 39, Madison, IL 62060-0039 |
| 10027059 | + | DSTech Solutions, LLC, 126 ASTER LN, LAKE JACKSON, TX 77566-4651 |
| 10027055 | + | Davenport Group, Inc, PO Box 785, Frankewing, TN 38459-0785 |
| 10027056 | + | Delaware Department of Insurance, 1351 West North Street, Suite 101, Dover, DE 19904-7805 |
| 10027057 | + | Demandzen, 60 OLD CLYDE RD UNIT 1328, LAKE JUNALUSKA, NC 28745-0377 |
| 10027061 | | EBIX INC, PO BOX 654038, DALLAS, TX 75265-4038 |
| 10027060 | + | Easley Transportation, 4300 AIRTRANS RD, MEMPHIS, TN 38118-7415 |
| 10027062 | + | Ellsworth County Medical Center, PO BOX 87, 1604 AYLWARD AVE, ELLSWORTH, KS 67439-2541 |
| 10027063 | + | Epp Concrete Construction, Inc., 3128 S 6TH ST, LINCOLN, NE 68502-4348 |
| 10027064 | | Executive Travel, 1212 OSTREET, LINCOLN, NE 68508 |
| 10027067 | + | FIRST CHOICE HEALTH NETWORK, MA: 310170, PO BOX 94041, SEATTLE, WA 98124-9441 |
| 10027068 | + | FIRST CONSULTING & ADMINISTRATION, 903 E. 104TH ST, SUITE 130, KANSAS CITY, MO 64131-3456 |
| 10027072 | | FORVIS, LLP, 1201 WALNUT STREET, SUITE 1700, KANSAS CITY, MO 64106-2246 |
| 10027073 | | FOULSTON SIEFKIN LLP, 1551 N WATERFRONT PKWY, STE 100, WICHITA, KS 672064466 |
| 10027075 | + | FSR Services, 7018 BENDER RD, HUMBLE, TX 77396-2113 |
| 10027066 | + | Ferrology, Inc, 515 EAST 29TH STREET NORTH, WICHITA, KS 67219-4109 |
| 10027069 | + | Florida Department of Insurance, 200 East Gains St., Tallahassee, FL 32399-6502 |
| 10027070 | + | Forney Construction, 8945 LONG POINT RD, HOUSTON, TX 77055-3036 |
| 10027071 | + | Forty Five Enterprises dba Leadfoot Express, 1711 S Hoover Rd, Wichita, KS 67209-2813 |
| 10027074 | + | Frontier Home Medical, 304 W 8th St, Cozad, NE 69130-1734 |
| 10027076 | + | Full Circle Service Inc. dba Innate Concepts, 1201 ALLEN DR, GRAND ISLAND, NE 68803-3333 |
| 10027077 | + | GENERAL FINANCE, INC., 1716 Quail Road, PO Box 369, Concordia, KS 66901-0369 |
| 10027078 | + | Global Animal Products, 3701 AIRWAY BLVD, AMARILLO, TX 79118-7746 |
| 10027080 | + | Greeley County Health, PO BOX 338, TRIBUNE, KS 67879-0338 |
| 10027081 | + | Greenwood County Hospital, 100 W 16th Street, Eureka, KS 67045-1096 |
| 10027082 | + | H & B Communications Inc, PO Box 108, Holyrood, KS 67450-0108 |
| 10027083 | + | HASTINGS MANAGEMENT COMPANY, 1001 W1ST ST, HASTINGS, NE 68901-5066 |
| 10027085 | + | HEALTHCARE RE, LLC, 5000 COLLEGE BLVD, SUITE 400, ATTN: ACCOUNTING, OVERLAND PARK, KS 66211-1726 |
| 10027084 | + | Healing Kidney Institute, 200 S RIVERSHIRE DR, CONROE, TX 77304-3473 |
| 10027086 | + | Heartland Heating & Cooling, 3155 SEMIEHE DRIVE UNIT 1, GRIMES, IA 50111-6610 |
| 10027087 | + | Hoyt's Trucking, 4425 NW US HIGHWAY 24, TOPEKA, KS 66618-3809 |
| 10027088 | + | Hulsing Hotel, 4100 HOMESTEAD COURT, PRAIRIE VILLAGE, KS 66208-1555 |
| 10027090 | # | INCORP SERVICES, INC., 3773 HOWARD HUGHES PKWY, SUITE 500S, LAS VEGAS, NV 89169-6014 |
| 10027089 | + | Illinois Department of Insurance, 122 S. Michigan Ave, 19th Floor, Chicago, IL 60603-6137 |
| 10027091 | + | Institue Servants Of The Lord, 28 15th St SE, Washington, D.C. 20003-1517 |
| 10027093 | + | Iowa Comprehensive Health Insurance Association (H, 624 N Hirsch Ave, Ellinwood, KS 67526-1433 |
| 10027094 | + | Iowa Department of Insurance, 1963 Bell Ave, Suite 100, Des Moines, IA 50315-1011 |
| 10027095 | + | J.F. Sobieski Mechanical Contractors Inc, 1325 Old Cooch's Bridge Road, Newark, DE 19713-2311 |
| 10027096 | + | Janssen & Sons Inc, PO Box 766, Holdrege, NE 68949-0766 |
| 10027211 | | Joshua S Weiner, 1650 Farnam Street, Omaha, NE 68102-2186 |
| 10027097 | + | KanEquip, 408 LINCOLN AVE, WAMEGO, KS 66547-1632 |
| 10027098 | + | Kansas Department of Insurance, 1300 SW Arrowhead Road, Topeka, KS 66604-4019 |
| 10027100 | + | Kansas Medical Center LLC, 1124 W 21st Street, Andover, KS 67002-5500 |
| 10027101 | + | Kearny County Hospital, 500 Thorpe St, Lakin, KS 67860-9625 |
| 10027102 | + | Kingman Drugs, 211 N MAIN, KINGMAN, KS 67068-1396 |
| 10027106 | + | LEIF ASSOCIATES INC, 3401 Quebec Street, Suite 5015, DENVER, CO 80207-2312 |
| 10027103 | + | Landmark Snacks, 700 PARKS STREET, BEATRICE, NE 68310-3600 |
| 10027105 | | Legacy Cooperative/Farmers Cooperative Elevator Co, 317 OSBORN, HEMINGFORD, NE 69348 |
| 10027107 | + | Levanders, LLC, 3620 WOLD POTASH HWY, GRAND ISLAND, NE 68803-4903 |
| 10027108 | + | Long McArthur Inc, PO Box 945, Salina, KS 67402-0945 |
| 10027109 | + | Lovam Management, 5404 Ashbrook Dr, Houston, TX 77081-4104 |
| 10027110 | + | Luminous Neon Inc, 1 COMPOUND DRIVE, HUTCHINSON, KS 67502-4349 |
| 10027112 | | MARCUM LLP, PO Box 95000-2288, Philadelphia, PA 19195-0001 |
| 10027116 | + | MEDWATCH LLC, PO BOX 21796, TAMPA, FL 33622-1796 |
| 10027120 | + | MIDLANDS CHOICE, 13815 FNB PARKWAY, SUITE 250, OMAHA, NE 68154-5302 |
| 10027128 | + | MS Rio Grande LLC, 4817 W EXPRESSWAY 83, MCALLEN, TX 78503-8524 |
| 10027130 | ++ | MZQ CONSULTING LLC, 1829 REISTERSTOWN RD, STE 100, PIKESVILLE MD 21208-6301 address filed with court:, MZQ CONSULTING LLC, 1829 Reisterstown Rd, Suite 100, PIKESVILLE, MD 21208 |

| | | |
|---|---|---|
| 10027111 | + | Maldonado Brothers Corporation, 11402 N Freeway STE 105, Houston, TX 77060-3702 |
| 10027113 | + | Marmie Motors Inc, 1724 10th Street, Great Bend, KS 67530-4505 |
| 10027114 | + | Massachusetts Department of Insurance, 1000 Washington Street, Suite 810, Boston, MA 02118-4082 |
| 10027115 | + | Meade County Employees, PO Box 278, Meade, KS 67864-0278 |
| 10027117 | + | Mennonite Friendship Communities Inc, 600 West Blanchard, South Hutchinson, KS 67505-1599 |
| 10027118 | + | Mid-Continent Anesthesiology, Chartered, 6446 E Central Ave #323, Wichita, KS 67206-1923 |
| 10027119 | + | Mid-Continent Companies, 1218 WEBSTER ST, HOUSTON, TX 77002-8841 |
| 10027121 | + | Midwest Renewable, 27532 W HWY 30, SUTHERLAND, NE 69165-2148 |
| 10027122 | + | Minnesota Department of Insurance, 85 7th Place, Suite 280, Saint Paul, MN 55101-2143 |
| 10027123 | + | Missouri Department of Insurance, 301 W. High St., Room 530, Jefferson City, MO 65101-1517 |
| 10027124 | + | Mitchell Implement, LLC dba Mitchell Equipment, LC, 311 S HWY 11, ATKINSON, NE 68713-5057 |
| 10027125 | + | Modern Farm Equipment, 302 East Hwy 20, Gordon, NE 69343-1649 |
| 10027126 | + | Morris County Hospital, 600 NORTH WASHINGTON, COUNCIL GROVE, KS 66846-1499 |
| 10027127 | + | Mr. White Restaurant, LLC dba Brasserie 19, 1962 W GRAY ST, HOUSTON, TX 77019-4816 |
| 10027129 | + | Mull Land & Cattle, Inc., 23495 49th Ave, Haviland, KS 67059-7871 |
| 10027133 | + | NEW ANSWERNET INC, 6501 BOEING DR, STE H-1, EL PASO, TX 79925-1085 |
| 10027136 | | NEX-TECH (MAIN BILL), PO BOX 98, ATTN: DEPT 262, LENORA, KS 67645-0098 |
| 10027137 | + | NEX-TECH COMMUNICATIONS LLC, PO Box 609, Cedar Rapids, IA 52406-0609 |
| 10027138 | | NEX-TECH COMMUNICATIONS LLC, PO BOX 660831, DALLAS, TX 75266-0831 |
| 10027141 | + | NMMIP 90 DEGREES, 1223 St Francis Drive, Ste B, Santa Fe, NM 87505-4053 |
| 10027131 | + | Nebraska Department of Insurance, PO Box 95087, Lincoln, NE 68509-5087 |
| 10027132 | + | Nevada Department of Insurance, 1818 E. College Pkwy, Suite 103, Carson City, NV 89706-7986 |
| 10027134 | + | New Hampshire Department of Insurance, 21 South Fruit Street, Suite 14, Concord, NH 03301-2428 |
| 10027135 | + | New Mexico Department of Insurance, 6200 Uptown Blvd NE, Suite 400, Albuquerque, NM 87110-4161 |
| 10027139 | + | Nex-Tech Communications LLC, PO Box 158, Lenora, KS 67645-0158 |
| 10027140 | + | Nex-Tech Wireless, LLC, 3001 New Way, Hays, KS 67601-3262 |
| 10027142 | | Nobi Concepts, Inc., 1542 PALM GRASS CT, HOUSTON, TX 77059 |
| 10027143 | + | Nueterra Capital, LLC, 11350 Tomahawk Creek Parkway, #200, Leawood, KS 66211-2727 |
| 10027144 | + | Nyla Enterprises dba Spine Specialist Decompressio, 12440 EMILY COURT, SUGAR LAND, TX 77478-4543 |
| 10027148 | + | OFFICE PRODUCTS INC, 1204 MAIN ST, GREAT BEND, KS 67530-4434 |
| 10027149 | + | Oklahoma Department of Insurance, 400 NE 50th St., Oklahoma City, OK 73105-1816 |
| 10027150 | + | Ozark Anesthesia Associates Inc (OAA), 1000 E Primrose, Suite 520, Springfield, MO 65807-7002 |
| 10027155 | | PHCS Multiplan, PO Box 29380, General Post Office, New York, NY 10087-9380 |
| 10027157 | + | PKM Steel, PO Box 947, Salina, KS 67402-0947 |
| 10027158 | + | PRAIRIE FIRE COFFEE ROASTERS, 10821 E 26TH ST NORTH, WICHITA, KS 67226-4524 |
| 10027151 | + | Paniolo Construction, 2931 Ridge Rd Ste 101 #57, Rockwall, TX 75032-6684 |
| 10027152 | + | Pavlich Inc, 250 South 5th Street, Kansas City, KS 66101-3828 |
| 10027153 | | Payne County, 10425 S 82nd Ave Ste 110, Tulsa, OK 74133 |
| 10027154 | + | Pennyslvania Department of Insurance, 1326 Strawberry Square, Harrisburg, PA 17120-0046 |
| 10027156 | + | Phillips County (Government), 301 State St Ste A, Phillipsburg, KS 67661-1940 |
| 10027160 | + | Pre-Fore, Inc., 410 BLACKLICK EASTERN RD N, MILLERSPORTS, OH 43046-9732 |
| 10027162 | | QUADIENT FINANCE USA, INC., PO BOX 6813, CAROL STREAM, IL 60197-6813 |
| 10027163 | | QUADIENT LEASING USA, INC., DEPT 3682, PO BOX 123682, DALLAS, TX 75312-3682 |
| 10027165 | | RCG Mercy Des Moines, LLC et al, c/o Joshua Weiner, 1650 Farnam Street, Omaha, NE 68102-2186 |
| 10027166 | + | RED-CARD, 744 OFFICE PARKWAY, ST LOUIS, MO 63141-7105 |
| 10027170 | + | RINGMASTER TECHNOLOGIES INC, 5200 TOWN CENTER CIRCLE, SUITE 540, BOCA RATON, FL 33486-1018 |
| 10027172 | + | RUBE'S INC., PO BOX 476, GREAT BEND, KS 67530-0476 |
| 10027164 | + | Ramsey Industries, 4707 N MINGO RD, TULSA, OK 74117-5904 |
| 10027167 | + | Revolve Management, 4200 GARDNER AVE, KANSAS CITY, KS 64120-1830 |
| 10027168 | + | Ri-Core, Inc., 13 Rizzo Ave, New Castle, DE 19720-2139 |
| 10027169 | + | Rimpull Corporation, 15600 US 169 Hwy South, Olathe, KS 66062-3506 |
| 10027171 | + | Robco Facility Services, 428 Texas Ave, Texas City, Texas 77590-8759 |
| 10027175 | + | SCHRIDDE LAWN MOWING SERVICE, 39 NW 50 RD, GREAT BEND, KS 67530-9095 |
| 10027178 | + | SMARTDATA SOLUTIONS, 960 Blue Gentian Road, Eagan, MN 55121-1500 |
| 10027173 | + | Sanders Warren & Russell LLP, 11225 College Blvd, Suite 450, Overland Park, KS 66210-2770 |
| 10027174 | + | Schatz Underground, 829 Park Lamar Dr, Villa Ridge, MO 63089-2547 |
| 10027176 | + | Shenandoah Medical Center, 300 PERSHING AVE, SHENANDOAH, IA 51601-2355 |
| 10027177 | + | Sky High Party Rentals LLC, 3517 Pinemouth Dr., Houston, TX 77018-1331 |
| 10027179 | + | South Carolina Department of Insurance, 1201 Main St, Ste 1000, Columbia, SC 29201-3291 |
| 10027180 | + | Southeast Kansas Independent Living, PO Box 957, Parsons, KS 67357-0957 |
| 10027181 | + | Stafford County Employees, 209 N BROADWAY, PO BOX 296, ST. JOHN, KS 67576-0296 |
| 10027183 | + | Stueder Contractors, 3410 10th Street, Great Bend, KS 67530-3537 |
| 10027184 | + | Superior Implement Inc. dba GHS Implement, 1220 E 3RD SST, SUPERIOR, NE 68978-2028 |

| | | |
| --- | --- | --- |
| 10027192 | + | THE PHIA GROUP LLC, PO BOX 499, CANTON, MA 02021-0499 |
| 10027195 | + | TXSDI31, LLC dba Sonic Drive In, 12826 Murphy Rd, Stafford, TX 77477-3902 |
| 10027185 | + | Telkin Sheet Metal, 7313 Domino Lane, Houston, TX 77076-1403 |
| 10027186 | + | Texas Department of Insurance, PO Box 12030, Austin, TX 78711-2030 |
| 10027187 | + | Texas Pride Disposal Solutions, Inc., 7705 Hall Rd, Houston, TX 77075-4614 |
| 10027188 | + | The Clara Barton Hospital Association Inc, 250 W 9th St, Hoisington, KS 67544-1799 |
| 10027189 | + | The G and K Project LLC dba Invictus Security and, 3421 W DAVIS ST, CONROE, TX 77304-1890 |
| 10027191 | | The People's City Mission Home, 111 QSTREET, LINCOLN, NE 68508 |
| 10027190 | + | The Peoples Bank, 222 S MAIN, PRATT, KS 67124-2713 |
| 10027193 | + | Training & Evaluation Center of Hutchinson (TECH), PO Box 399, Hutchinson, KS 67504-0399 |
| 10027194 | + | Trinity Ag LLC, 616 E Hwy 36, Smith Center, KS 66967-9592 |
| 10027196 | | UNDERGROUND VAULTS & STORAGE, PO BOX 1723, HUTCHINSON, KS 67504-1723 |
| 10027197 | + | Unified School District #428, 201 Patton Rd, Great Bend, KS 67530-4613 |
| 10027198 | + | United Water Restoration Group of the Woodlands, 33011 TAMINA RD, MAGNOLIA, TX 77354-4181 |
| 10027199 | + | Unity Eye Centers, 3610 W NORFOLK AVE, NORFOLK, NE 68701-7702 |
| 10027201 | + | Utah Department of Insurance, 4315 S. 2700 W., Suite 2300, Taylorsville, UT 84129-2143 |
| 10027204 | ++ | VISION CARE DIRECT, ATTN DANITA SHANNON, 405 S HOLLAND LN SUITE A, WICHITA KS 67209-2167 address filed with court:, VISION CARE DIRECT, 405 S HOLLAND, SUITE A, WICHITA, KS 67209 |
| 10027202 | | Validity Screening Solutions, PO Box 25406, Overland Park, KS 66225-5406 |
| 10027210 | + | WEILAND, INC., 806 W SOUTH AIRORT RD, NORFOLK, NE 68701-1312 |
| 10027214 | + | WEXHEALTH, 82 HOPMEADOW ST, STE 220, SIMSBURY, CT 06089-9694 |
| 10027215 | + | WHITE TORNADO CLEANING SERVICES, PO BOX 2095, GREAT BEND, KS 67530-2095 |
| 10027205 | + | Wachter Inc, 16001 W 99th Street, Lenexa, KS 66219-1293 |
| 10027206 | + | Washington State Health Insurance Pool (WSHIP), 1777 S Burlington Blvd #449, Burlington, WA 98233-3223 |
| 10027207 | + | Wayne's Body Shop, 4721 COOPER AVE, LINCOLN, NE 68506-4337 |
| 10027208 | | Waystar Inc, 1311 Solutions Center, Chicago, IL 60677-1311 |
| 10027209 | + | Weigand-Omega Management Inc, 333 S BROADWAY, WICHITA, KS 67202-4325 |
| 10027212 | + | Wesley Towers, Inc, 700 MONTEREY PLACE, HUTCHINSON, KS 67502-2266 |
| 10027213 | + | Western Supply Co Inc, PO Box 1686, Hutchinson, KS 67504-1686 |
| 10027216 | + | Williams Group Holding, 5701 TIME SQUARE BLVD, STE 200, AMARILLO, TX 79119-1182 |
| 10027217 | + | York Medical Clinic, P.C., 2114 N LINCOLN AVE, YORK, NE 68467-1098 |
| 10027218 | | ZAKIPOINT HEALTH INC, 14TH FLOOR ONE BROADWAY, CAMBRIDGE, MA 02142 |
| 10027219 | | ZELIS CLAIMS INTEGRITY, LLC, PO BOX 412162, BOSTON, MA 02241-2162 |
| 10027220 | | ZELIS HEALTHCARE, PO BOX 412162, BOSTON, MA 02241-2162 |
| 10027223 | + | ZYWAVE, INC., 10100 INNOVATION DRIVE, SUITE 300, MILWAUKEE, WI 53226-4868 |
| 10027221 | | Zelis/GlobalCare, Inc, PO Box 743856, Atlanta, GA 30374-3856 |
| 10027222 | + | Zodega Landscaping LLC, 3526 Lang Road Suite 5, Houston, Texas 77092-6105 |
| 10027058 | + | doc2e-file, Inc., 4500 S. Wayside, STE 102, Houston, TX 77087-1117 |

TOTAL: 201

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: anazar@polsinelli.com | Aug 08 2024 20:22:00 | Andrew J Nazar, Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, MO 64112 |
| tr | + | EDI: BPEHAMILTON.COM | Aug 09 2024 00:16:00 | Patricia E Hamilton, Stevens and Brand, LLP, 4848 SW 21st St, Ste 201, Topeka, KS 66604-4415 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Aug 08 2024 20:22:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 10027012 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:36:53 | American Express, PO BOX 650448, DALLAS, TX 75265-0448 |
| 10027013 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:20:52 | American Express-ValueHealth, PO BOX 650448, DALLAS, TX 75265-0448 |
| 10027028 | + | Email/Text: firm@bf-law.com | Aug 08 2024 20:22:00 | Brown & Fortunato, 905 S Filmore Suite 400, Amarillo, TX 79101-3541 |
| 10027032 | + | Email/Text: emsbilling@cjcfpd.org | Aug 08 2024 20:22:00 | Central Jackson County Fire Protection District, 805 NE Jefferson St, Blue Springs, MO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 10027065 | | Email/Text: emilyh@fabri-quilt.com | Aug 08 2024 20:22:00 | Fabri-Quilt Inc, 901 East 14th Ave, North Kansas City, MO 64116 |
| 10027079 | | Email/Text: bkcynotice@gpcu.org | Aug 08 2024 20:22:00 | Golden Plains Credit Union, 1714 East Kansas Ave, Garden City, KS 67846 |
| 10027092 | | EDI: IRS.COM | Aug 09 2024 00:16:00 | Internal Revenue Service, Post Office Box 7346,, Philadelphia, PA 19101-7346 |
| 10027099 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Aug 08 2024 20:22:00 | Kansas Department of Revenue, Civil Tax Enforcement, PO Box 12005, Topeka, KS 66601-2005 |
| 10027104 | | Email/Text: collections@languageline.com | Aug 08 2024 20:22:00 | LANGUAGE LINE SERVICES INC, PO BOX 202564, DALLAS, TX 753202564 |
| 10027130 | | Email/Text: jennifer@mzqconsulting.com | Aug 08 2024 20:22:00 | MZQ CONSULTING LLC, 1829 Reisterstown Rd, Suite 100, PIKESVILLE, MD 21208 |
| 10027146 | | Email/Text: usaks.ecftopbank@usdoj.gov | Aug 08 2024 20:22:00 | Office of United States Attorney, US Courthouse Suite 290, 444 Southeast Quincy Street, Topeka, KS 66683-3592 |
| 10027147 | | Email/Text: usaks.ecfwicbank@usdoj.gov | Aug 08 2024 20:22:00 | Office of United States Attorney, 1200 Epic Center, 301 N Main, Wichita, KS 67202-4812 |
| 10027159 | | Email/Text: lkumberg@prmc.org | Aug 08 2024 20:22:00 | Pratt Regional Medical Center, 200 Commodore, Pratt, KS 67124 |
| 10027182 | + | Email/Text: ard@stanion.com | Aug 08 2024 20:22:00 | Stanion Wholesale, PO Drawer F, Pratt, KS 67124-1106 |
| 10027161 | | Email/Text: dllawbankruptcy@exchange.principal.com | Aug 08 2024 20:22:00 | Principal Financial Group, 711 High Street, Des Moines, IA 50392 |
| 10027145 | | Email/Text: usaks.ecfkcbank@usdoj.gov | Aug 08 2024 20:22:00 | Office of United States Attorney, Robert J Dole US Courthouse, Suite 360 500 State Avenue, Kansas City, KS 66101-2433 |
| 10027200 | ^ | MEBN | Aug 08 2024 20:17:56 | UPS, PO BOX 650116, DALLAS, TX 75265-0116 |
| 10027204 | | Email/Text: danita.shannon@visioncaredirect.com | Aug 08 2024 20:22:00 | VISION CARE DIRECT, 405 S HOLLAND, SUITE A, WICHITA, KS 67209 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10027022 | ##+ | Base 2 Technologies, 5020 Sunnyside Ave, Suite 108, Beltsville, MD 20705-2307 |
| 10027045 | ##+ | Coffey County, 110 S 6th Street, Burlington, KS 66839-1796 |
| 10027203 | ##+ | VALUEHEALTH LLC, 11221 ROE AVE, Ste 300, LEAWOOD, KS 66211-1941 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J Nazar | on behalf of Debtor Benefit Management LLC anazar@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com |
| Patricia E Hamilton | phamilton@stevensbrand.com ks12@ecfcbis.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3